IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MICHAEL MAILEY,** | : | |
|     **Plaintiff,** | : | |
| | : | |
|     **v.** | : | **CIVIL ACTION NO. 24-CV-0869** |
| | : | |
| **TEMPLE UNIVERSITY** | : | |
|     **Defendant.** | : | |

## ORDER

**AND NOW**, this 15th day of March, 2024, upon consideration of Plaintiff Michael Mailey's Motion to Proceed *In Forma Pauperis* (ECF No. 1), and *pro se* Complaint (ECF No. 2) it is **ORDERED** that:

    1.    Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

    2.    The Complaint is **DEEMED** filed.

    3.    The Complaint is **DISMISSED WITHOUT PREJUDICE** for lack of subject-matter jurisdiction.

                                                                             **BY THE COURT:**

                                                                             /S/Wendy Beetlestone, J.

                                                                        **WENDY BEETLESTONE, J.**